■ DAVID A. MERKEL, as Guardian ad Litem of GAIL ROLLER, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 59413.) — Judgment affirmed, with costs, on the decision at Court of Claims, Lowery, J. All concur, Simons, J., not participating. (Appeal from judgment of Court of Claims, Lowery, J. — negligence.) Present — Dillon, P. J., Simons, Callahan, Boomer and Moule, JJ.

■ GERALD F. DIDIO, Respondent, and GLEN ACRES, INC., Intervening Respondent, v LOUIS HOBEIKA, Appellant. — Judgment affirmed, with costs, for the reasons stated at Trial Term, Ringrose, J. All concur, Simons, J., not participating. (Appeal from judgment of Supreme Court, Oneida County, Ringrose, J. — restrictive covenants.) Present — Dillon, P. J., Simons, Callahan, Boomer and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT WHITE, Appellant, v HAROLD J. SMITH, Respondent. — Motion for reargument granted to extent that reargument is limited to issues raised in motion. Present — Dillon, P. J., Callahan, Denman, Boomer and Schnepp, JJ.

■ In the Matter of ROBERT M. GRIFFEN. — Order of suspension entered pursuant to section 90 (subd 4, par f) of the Judiciary Law. Present — Dillon, P. J., Hancock, Jr., Callahan, Boomer and Schnepp, JJ. [Entered Jan. 10, 1983.]

■ DANIEL MATHEWS, Respondent, v JOHN SIMMONS et al., Appellants. — Motion to expand record on appeal denied (see 22 NYCRR 1000.5 [a] [3]).